UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Corky Campisi,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br><br>      Defendant | Case No.  3:97-cv-03263-MJJ<br><br>ORDER TO REOPEN AND DISMISS |

Upon application of the Parties, and good cause appearing, IT IS HEREBY ORDERED that this action be reopened and dismissed with prejudice , each party to bear its own fees, costs and expenses.

Date: 7/7/11

_____
THE HON. MARTIN J. JENKINS
United States District Judge

3:00-cv-04113